**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| | | | |
|---|---|---|---|
| 0  Valuation of Security | 0  Assumption of Executory Contract or Unexpired Lease | 0  Lien Avoidance |

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Marisol Quiles

Case No.: ___18-13801/ABA___

Judge: _____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: ___5/1/2018___

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___TT___    Initial Debtor: ___MQ___    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____153.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____March 1,2018_____ for approximately _____60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,100.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c.  **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bank of America | '10 Chevy Malibu | $3,000.00 |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

Cenlar-mortgage
HUD-subordinate mortgage(recapture)

| **g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☐ Not less than $ _____ to be distributed *pro rata*

      ☐ Not less than _____ percent

      ☒ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda Finance | n/a | auto lease- '16 Acura TLX | assume | $546.00/mth |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney Fees
3) Priority Claims, Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____5/1/2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| HUD filed a POC not addressed in Plan | The POC from HUD is for a recapture amount stemming from a modified mortgage granted to Debtor-as the note from it indicates, it becomes due upon certain contingencies, but not now-the Plan, then, addresses the HUD POC as a Secured Claim Unaffected by the Plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 5/1/2018 _____                /s/Terry Tucker _____
                                                      Attorney for the Debtor

Date: 5/1/2018 _____                /s/Marisol Quiles _____
                                                      Debtor

Date: _____                    /s/ _____
                                                      Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 5/1/2018                                              /s/Terry Tucker
                                                            Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 5/1/2018                                              /s/Marisol Quiles
                                                            Debtor

Date: _____                                /s/
                                                            Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13801-ABA
Marisol L Quiles                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3            Date Rcvd: May 10, 2018
                              Form ID: pdf901          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db          +Marisol L Quiles,    2 Hitchner Ave,    Bridgeton, NJ 08302-4508
cr          +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517356360   +Abercrombie & Fitch,    PO Box 659728,    San Antonio, TX 78265-9728
517356361   +Allied Account Services, Inc.,    422 Bedford Ave.,    Bellmore, NY 11710-3564
517356362   +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
517356364   +American Air/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517356366   +American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
517356365   +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517464320    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
517356369  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517445846    Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517356368   +Bank of America,    POB 45144,    Jacksonville, FL 32232-5144
517356370   +Bank of America,    PO Box 2284,    Brea, CA 92822-2284
517518301   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517356371   +Barclay's Bank Delaware,    125 S. West St.,    Wilmngton, DE 19801-5014
517356373   +Big Lots Credit Card,    PO Box 182120,    Columbus, OH 43218-2120
517356372   +Big Lots and Overstock,    PO Box 659707,    San Antonio, TX 78265-9707
517356374   +Boscov's and Capital Bank/Fore.,    PO Box 182120,    Columbus, OH 43218-2120
517356383   +CMI,    4200 International Pkwy,    Carrollton, TX 75007-1930
517356375   +Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517356377   +Capital One Justice,    PO Box 30253,    Salt Lake City, UT 84130-0253
517356378   +Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
517458870    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517356381   +Cenlar,    POB 77404,    Ewing, NJ 08628-6404
517356382   +Chase/Bank One Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
517356384   +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
517356385   +Comenity Bank/Express,    PO Box 182789,    Columbus, OH 43218-2789
517356386   +Comenity Bank/Victoria's Secret and Venu,    PO Box 182789,    Columbus, OH 43218-2789
517356387   +Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
517356388   +Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
517463357   +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
517356393   +ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517356394   +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
517356395   +Forever 21,    PO Box 659820,    San Antonio, TX 78265-9120
517356396   +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517356397   +IC System,    PO Box 64437,    St. Paul, MN 55164-0437
517356400   +Macy's,    PO Box 8218,    Mason, OH 45040-8218
517440093   +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517356401   +Masseys,    PO Box 2822,    Monroe, WI 53566-8022
517517231   +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
              Ewing, NJ 08618-1430
517356404   +South Jersey FCU,    PO Box 37603,    Philadelphia, PA 19101-0603
517356411   +Target,    PO Box 1470,    Minneapolis, MN 55440-1470
517356412   +The Childrens Place,    PO Box 659820,    San Antonio, TX 78265-9120
517356413   +The Home Depot,    3849 S. Delsea Dr.,    Vineland, NJ 08360-7470
517381495   +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
517356417   +Ulta,    1135 Arbor Drive,    Romeoville, IL 60446-1174
517356419   +Wawa,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 22:00:25     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 22:00:25     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517379965    E-mail/Text: ebnbankruptcy@ahm.honda.com May 10 2018 22:00:27     Acura Financial Services,
              National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517356363   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:39     Amazon,    PO Box 965015,
              Orlando, FL 32896-5015
517356379   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:49     Care Credit,    PO Box 965038,
              Orlando, FL 32896-5038
517356380   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:38     Care Credit,    PO Box 960061,
              Orlando, FL 32896-0061
517356390   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 10 2018 22:00:31
              Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
517356389   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 10 2018 22:00:31
              Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
517356391   +E-mail/PDF: creditonebknotifications@resurgent.com May 10 2018 22:02:30     Credit One Bank,
              PO Box 98872,    Las Vegas, NV 89193-8872
517356392   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:27     Ebay,    PO Box 960080,
              Orlando, FL 32896-0080

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: May 10, 2018
                               Form ID: pdf901              Total Noticed: 82

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517356398      +E-mail/Text: bnckohlsnotices@becket-lee.com May 10 2018 22:00:20      Kohl's,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517494747       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2018 22:02:41
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517356399      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:48      Lowe's,    PO Box 965005,
                 Orlando, FL 32896-5005
517480131      +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2018 22:00:25      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517356402      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517459070       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 22:02:29
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
517476066       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 22:02:29
                 Portfolio Recovery Associates, LLC,    c/o Justice,    POB 41067,   Norfolk VA 23541
517459036       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 22:02:50
                 Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,   Norfolk VA 23541
517356403      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:48      Pay Pal,    PO Box 965005,
                 Orlando, FL 32896-5005
517490446       E-mail/Text: bnc-quantum@quantum3group.com May 10 2018 22:00:24
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
517490444       E-mail/Text: bnc-quantum@quantum3group.com May 10 2018 22:00:24
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517462756       E-mail/Text: bnc-quantum@quantum3group.com May 10 2018 22:00:24
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517356405      +E-mail/Text: rharris@southjerseyfcu.com May 10 2018 22:00:25      South Jersey FCU,
                 PO Box 5530,    Deptford, NJ 08096-0530
517356406      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Syncb/PC Richard,    PO Box 965036,
                 Orlando, FL 32896-5036
517361403      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
517356408      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Synchrony Bank,    PO Box 965022,
                 Orlando, FL 32896-5022
517356407      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:39      Synchrony Bank,    PO Box 965033,
                 Orlando, FL 32896-5033
517356409      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
517356410      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
517518712      +E-mail/Text: bncmail@w-legal.com May 10 2018 22:00:27      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
517356414      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:49      TJX Co.,    PO Box 965015,
                 Orlando, FL 32896-5015
517356415      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:49      TJX Rewards,    PO Box 530948,
                 Atlanta, GA 30353-0948
517356416      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:28      Toys R Us,    PO Box 965001,
                 Orlando, FL 32896-5001
517483433      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2018 22:02:30      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517356418      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 22:02:49      Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517356367*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
517356376*      +Capital One Bank USA,    PO Box 30281,   Salt Lake City, UT 84130-0281
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: May 10, 2018
                              Form ID: pdf901          Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           rsolarz@kmllawgroup.com
          Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
          Terry  Tucker    on behalf of Debtor Marisol L Quiles terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```