| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>  Marisol L. Quiles |
|---|

Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     18-13801

Chapter:      13

Hearing Date: N/A

Judge:        ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Marisol L. Quiles
Case No.: 18-13801/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments increase $164.00 for the remaining 42 months commencing on 9/1/2019.**

United States Bankruptcy Court
District of New Jersey

In re:  
Marisol L Quiles  
    Debtor

Case No. 18-13801-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.  
db          +Marisol L Quiles,    2 Hitchner Ave,    Bridgeton, NJ 08302-4508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     New Jersey Housing And Mortgage Finance Agency  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor     American Honda Finance Corporation, dba Acura  
          Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,  
          mortoncraigecf@gmail.com  
         Rebecca Ann Solarz     on behalf of Creditor     New Jersey Housing And Mortgage Finance Agency  
          rsolarz@kmllawgroup.com  
         Robert J. Malloy     on behalf of Creditor     SJFCU ecf.rjmalloylaw@gmail.com  
         Seymour    Wasserstrum     on behalf of Debtor Marisol L Quiles mylawyer7@aol.com,    ecf@seymourlaw.net  
         Thomas J Subranni     trustee@subranni.com,  
          NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 7