UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057  (856)866-0100
Attorney for : American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust
Our File No.: 49086  JM-5630

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Marisol L. Quiles

Case No.: 18-13801

Hearing Date: 7-9-2019

Judge: ABA

Chapter: 13

Recommended Local Form:  ☑ Followed  ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of   American Honda Finance Corp., dba AFS, admin. for HLT  , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

> 2017 Acura TLX
> Vehicle Identification Number
> 19UUB1F56HA005196

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Marisol L Quiles
    Debtor

Case No. 18-13801-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2019
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db            +Marisol L Quiles,    2 Hitchner Ave,    Bridgeton, NJ 08302-4508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
         rsolarz@kmllawgroup.com
        Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
        Seymour Wasserstrum    on behalf of Debtor Marisol L Quiles mylawyer7@aol.com,    ecf@seymourlaw.net
        Thomas J Subranni    trustee@subranni.com,
         NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 7