**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
QUILES, MARISOL L

Case No.: 18-13801  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on December 23, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 2 HITCHNER AVE, BRIDGETON, NJ 08302 | $129,600.00 | $127,000.00 | $2,600.00 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Thomas J. Subranni  
Address:     1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-13801-ABA
Marisol L Quiles                                                    Chapter 7
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Nov 22, 2019
                               Form ID: pdf905              Total Noticed: 92


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Marisol L Quiles,    2 Hitchner Ave,    Bridgeton, NJ 08302-4508
cr             +American Honda Finance Corporation, dba Acura Fina,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +SJFCU,   1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517356361      +Allied Account Services, Inc.,    422 Bedford Ave.,    Bellmore, NY 11710-3564
517356362     #+Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
517356364      +American Air/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517356366      +American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
517356365      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517464320       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517356369     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517445846       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517356368      +Bank of America,    POB 45144,    Jacksonville, FL 32232-5144
517356370      +Bank of America,    PO Box 2284,    Brea, CA 92822-2284
517518301      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517356371      +Barclay's Bank Delaware,    125 S. West St.,    Wilmngton, DE 19801-5014
517356372      +Big Lots and Overstock,    PO Box 659707,    San Antonio, TX 78265-9707
517356374      +Boscov's and Capital Bank/Fore.,    PO Box 182120,    Columbus, OH 43218-2120
517356383      +CMI,   4200 International Pkwy,    Carrollton, TX 75007-1930
517458870       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518426809       CarolWright Gifts,    Po Box 5852,    Monroe, NJ 4508
517356381      +Cenlar,    POB 77404,    Ewing, NJ 08628-6404
517356382      +Chase/Bank One Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
517356386      +Comenity Bank/Victoria's Secret and Venu,    PO Box 182789,    Columbus, OH 43218-2789
517463357      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517356394      +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
518426814      +Good2go,    PO Box 105369,    Atlanta GA 30348-5369
517356396      +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517356397      +IC System,    PO Box 64437,    St. Paul, MN 55164-0437
517356400      +Macy's,    PO Box 8218,    Mason, OH 45040-8218
518426813      +Midnnight Velvet,    1112 7Th ave,    Monroe, WI 53566-1364
517517231      +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
518426810       Plymouth Rock,    Po Box 55165,    Boston, MA 022056-5165
518426812      +Publishers Clearing House,    Po Box 6344,    Harlan, IA 51593-1844
517356404      +South Jersey FCU,    PO Box 37603,    Philadelphia, PA 19101-0603
517356411      +Target,    PO Box 1470,    Minneapolis, MN 55440-1470
517356413      +The Home Depot,    3849 S. Delsea Dr.,    Vineland, NJ 08360-7470
517549869       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
517381495      +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
517356417      +Ulta,    1135 Arbor Drive,    Romeoville, IL 60446-1174
518426811      +Verve,    Po Box 6812,    Carol Stream IL 60197-6812
517356419      +Wawa,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517379965       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 23 2019 01:26:31     Acura Financial Services,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517356360      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:09      Abercrombie & Fitch,
                 PO Box 659728,   San Antonio, TX 78265-9728
517356363      +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02     Amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
517356373      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:08      Big Lots Credit Card,
                 PO Box 182120,    Columbus, OH 43218-2120
517356375      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 23 2019 01:18:33      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
517356377      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 23 2019 01:18:33      Capital One Justice,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
517356378      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 23 2019 01:17:10
                 Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
517356379      +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:17:04     Care Credit,    PO Box 965038,
                 Orlando, FL 32896-5038
517356380      +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:25     Care Credit,    PO Box 960061,
                 Orlando, FL 32896-0061
518431827      +E-mail/Text: bankruptcy@sccompanies.com Nov 23 2019 01:25:20      Carol Wright Gifts,
                 PO Box 2852,    Monroe, WI 53566-8052
```

```
District/off: 0312-1            User: admin               Page 2 of 3                    Date Rcvd: Nov 22, 2019
                                Form ID: pdf905           Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517356384     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:08      Comenity Bank,
               PO Box 182789,    Columbus, OH 43218-2789
517356385     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:08      Comenity Bank/Express,
               PO Box 182789,    Columbus, OH 43218-2789
517356387     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:09      Comenity Capital Bank,
               PO Box 182120,    Columbus, OH 43218-2120
517356388     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:09      Comenity Capital Bank,
               PO Box 183003,    Columbus, OH 43218-3003
517356390     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 23 2019 01:27:10
               Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
517356389     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 23 2019 01:27:10
               Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
517356391     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 01:18:41      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
517984097      E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2019 01:26:14
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
517356393     +E-mail/Text: bknotice@ercbpo.com Nov 23 2019 01:26:29      ERC,    PO Box 23870,
               Jacksonville, FL 32241-3870
517356392     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:17:05      Ebay,    PO Box 960080,
               Orlando, FL 32896-0080
517356395     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:09      Forever 21,
               PO Box 659820,    San Antonio, TX 78265-9120
517356398     +E-mail/Text: bncnotices@becket-lee.com Nov 23 2019 01:25:44       Kohl's,    PO Box 3115,
               Milwaukee, WI 53201-3115
517494747      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:20:23
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517356399     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:26      Lowe's,    PO Box 965005,
               Orlando, FL 32896-5005
517480131     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2019 01:26:17      MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
517440093     +E-mail/Text: bankruptcy@sccompanies.com Nov 23 2019 01:25:21       Massey's,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517356401     +E-mail/Text: bankruptcy@sccompanies.com Nov 23 2019 01:25:21       Masseys,    PO Box 2822,
               Monroe, WI 53566-8022
517356402     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02      Old Navy,    PO Box 965005,
               Orlando, FL 32896-5005
517459070      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 01:17:15
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517476066      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 01:18:37
               Portfolio Recovery Associates, LLC,    c/o Justice,    POB 41067,    Norfolk VA 23541
517459036      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 01:20:12
               Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517356403     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02      Pay Pal,    PO Box 965005,
               Orlando, FL 32896-5005
517490446      E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2019 01:26:14
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517490444      E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2019 01:26:14
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
517462756      E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2019 01:26:14
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517356405     +E-mail/Text: courts@southjerseyfcu.com Nov 23 2019 01:26:20      South Jersey FCU,    PO Box 5530,
               Deptford, NJ 08096-0530
517356406     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:27      Syncb/PC Richard,    PO Box 965036,
               Orlando, FL 32896-5036
517361403     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:26      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517356408     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02      Synchrony Bank,    PO Box 965022,
               Orlando, FL 32896-5022
517356407     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:26      Synchrony Bank,    PO Box 965033,
               Orlando, FL 32896-5033
517356409     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:03      Synchrony Bank,    PO Box 965004,
               Orlando, FL 32896-5004
517356410     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:03      Synchrony Bank/Amazon,
               PO Box 960013,    Orlando, FL 32896-0013
517518712     +E-mail/Text: bncmail@w-legal.com Nov 23 2019 01:26:32      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517356414     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:17:05      TJX Co.,    PO Box 965015,
               Orlando, FL 32896-5015
517356415     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:17:05      TJX Rewards,    PO Box 530948,
               Atlanta, GA 30353-0948
517356412     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2019 01:26:09      The Childrens Place,
               PO Box 659820,    San Antonio, TX 78265-9120
517356416     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:26      Toys R Us,    PO Box 965001,
               Orlando, FL 32896-5001
```

```
District/off: 0312-1         User: admin              Page 3 of 3                Date Rcvd: Nov 22, 2019
                             Form ID: pdf905          Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517483433       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2019 01:20:24     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517356418       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:18:31    Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 51

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517356367*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
517356376*      +Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, dba Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Marisol L Quiles mylawyer7@aol.com,   ecf@seymourlaw.net
              Thomas J Subranni    trustee@subranni.com,
               NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```